IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

INTEGON PREFERRED INSURANCE CO.,

    Plaintiff,                             No. CIV S-07-0526 RRB KJM PS

    vs.

SUSANA ISZTOJKA,

    Defendant.                          <u>ORDER</u>

_____/

        Calendared for hearing on September 12, 2007 is proposed intervenor's motion to intervene. Plaintiff has filed a statement of non-opposition to the motion and the motion is well taken. Accordingly, IT IS HEREBY ORDERED that:

        1. The hearing date of September 12, 2007 on the motion to intervene is vacated.

        2. The motion to intervene is granted.

DATED: September 5, 2007.

                                      U.S. MAGISTRATE JUDGE

006
integon.sub

1