IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

INTEGON PREFERRED INSURANCE CO.,

    Plaintiff,　　　　　　　　　　　　No. CIV S-07-526 TMB KJM PS

  vs.

SUSANA ISZTOJKA,

    Defendant.　　　　　　　　　　　　<u>ORDER</u>

_____/

      Intervenors have requested an order shortening time for hearing on a motion to modify the pretrial scheduling order in this matter.  Defendant opposes the request.  Upon review of the documents in support and opposition, as well as the California Vehicle Code section cited therein, to the extent this court has the authority to so find, it finds there is no good cause for modification of the pretrial scheduling order.

      Accordingly, IT IS HEREBY ORDERED that intervenor's request for an order shortening time before the undersigned is denied.

DATED:  September 3, 2008.

006
integon.ost

U.S. MAGISTRATE JUDGE

1