IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGON PREFERRED INSURANCE CO.,<br><br>        Plaintiff,<br><br>        vs.<br><br>SUSANA ISZTOJKA, d/b/a California Gold Star Hauling,<br><br>        Defendant. | No. 2:07-cv-00526-TMB<br><br>ORDER<br>[Re:  Applicability of<br>California Insurance Code § 16340] |
| FRANCESCA EISENBRANDT; CONNIE EISENBRANDT; and SCOTT EISENBRANDT,<br><br>        Intervenors. | |

    At Docket No. 98 Plaintiff Integon Preferred Insurance Co. has requested that the court first determine whether California Vehicle Code § 16430 applies to this case.[1] In the interests of the parties and the court, the Court will consider Plaintiff's request.

    **IT IS THEREFORE ORDERED THAT**, not later than **February 15, 2011**, Intervenors Francesca Eisenbrandt, Connie Eisenbrandt, and Scott Eisenbrandt are to serve and file a Memorandum of Law, not exceeding five (5) pages in length, solely addressing the issue of the applicability of California Vehicle Code § 16340 to this case.

    Dated:  February 10, 2011

                                                                     s/ Timothy M. Burgess
                                                                   TIMOTHY M. BURGESS
                                                              United States District Judge

---

[1] *See Barrera v. State Farm Mut. Ins. Co.*, 456 P.2d 674, 681 (Cal. 1960).